**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ _3_ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: **Elvira Rodriguez** | JOINT DEBTOR: | CASE NO.: **15-31992-LMI** |
| Last Four Digits of SS# **xxx-xx-6832** | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

| | | | | | |
|---|---|---|---|---|---|
| A. | $ | 3056.63 | for months | 1 to 6 | ; |
| B. | $ | 3666.95 | for months | 7 to 20 | |
| C. | $ | 4043.21 | for months | 21 to 59 | ; |
| D. | $ | 3972.44 | for months | 60 to 60 | ; in order to pay the following creditors: |

Administrative:  Attorney's Fee  $ **4175.00**  TOTAL PAID $ **1,000.00**  ($3500 safe harbor + $150 costs + $525 Motion to Modify plus costs )

Balance Due  $ **3175.00**  Historical payment  $1071.42  Paid as follows:  $178.57/month  (Month 1 to 6)

Remaining Balance  $ 2103.58  to be paid as follows:  $150.26 /month  ( Month 7 to 20 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Carrington Mortgage Services, LLC
P.O. Box 79001
Phoenix, AZ 85062

Property Address: 7120 SW 92 AVE, Miami, FL 33175

Arrearage on Petition Date  $ 32424.64
Historical Arrears Payment  $ 1869.81  paid $311.64/month  (Months 1 to 6 )
Remaining Arrears Balance  $ 30554.83  to be paid as follows: $ 460.00/  month (Months 7 to 20)
  $603.00/ month (Months 21 to 59)
  $597.83/ month (Months 60 to 60)

Account No: 7000087019

Regular Historical Payment  $ 11217.09  paid : 1869.52/month  (Months 1 to 6 )
Remaining Regular Payment Balance  $ 147,158.31  paid: $2670.00/month  (Months 7 to 20)
  $2745.00/month  (Months 21 to 59)
  $2723.31/month  (Months 60 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

POC # 1 Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
For 2013-2014 Taxes
Account # ***6832

Total Due  $ 3943.17
Payable  $ 15.00 /month  (Months 1 to 20)
  $ 92.00 /month  (Months 21 to 59 )
  $ 55.17 /month  (Months 60 to 60 )  Regular Payment $ n/a

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<u>Unsecured Creditors:</u>  Pay $ **5.00** /month (Months **1** to **20**).
                     Pay $198.89 /month (Months 21 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1) Carmax Auto Finance account # *21469712  for vehicle (Paid  Direct Outside Plan)

2) The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  **/s/ Elvira Rodriguez**
  **Elvira Rodriguez**
  Debtor

  Date:   **August 8, 2016**